**STATE of Missouri, Respondent,**

v.

**Danny P. VAUGHT, Appellant.**

**No. WD 67220.**

Missouri Court of Appeals,
Western District.

Oct. 23, 2007.

Application for Transfer to Supreme Court
Denied Dec. 18, 2007.

Application for Transfer to Denied
Jan. 22, 2008.

Clifford W. Cornell, Jefferson City, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO for Respondent.

Before THOMAS H. NEWTON, P.J., PAUL M. SPINDEN, and LISA WHITE HARDWICK, JJ.

### ORDER

PER CURIAM.

Mr. Danny P. Vaught appeals his conviction of tampering with physical evidence.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).